## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Western Division

Northwest Pallet Supply Co.
                           Plaintiff,

v.                                          Case No.: 3:15−cv−50182
                                                 Honorable Andrea R. Wood

PECO Pallet, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, the discovery schedule is extended as follows: fact discovery shall be completed by 1/22/2018; expert disclosures shall be made by 2/21/2018; rebuttal expert disclosures shall be made by 3/21/2018; expert discovery shall be completed by 11/15/2018; the parties shall file any dispositive motions by 5/16/2018; responses to dispositive motions shall be filed by 6/13/2018 and replies by 7/2/2018. The courtroom deputy will contact the parties to provide proposed trial dates. Status hearing set for 2/1/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.